UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:13CR79-RJC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **PRELIMINARY ORDER** |
| | ) | **OF FORFEITURE AND** |
| v. | ) | **MONEY JUDGMENT** |
| | ) | |
| PHANI RAJU BHIMA RAJU, | ) | |
| | ) | |
| Defendant. | ) | |

In the Bill of Information in this case, the United States sought forfeiture of property pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982, 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), as proceeds of the crime charged, together with any substitute property, which would be subject to forfeiture under § 853(p).

Defendant entered into a plea agreement; subsequently pled guilty to Counts One through Five in the Bill of Information; and was adjudged guilty of the offenses charged in those counts. (Doc. No. 3: Plea Agreement; Doc. No. 6: Acceptance and Entry of Guilty Plea). Based on evidence in the record, including the affidavit of Special Agent Deborah A. McColgan, ICE-DHS, which was originally filed in a related seizure warrant matter, (Case No. 3:12-mj-330, Doc. No. 1: Application), the Court finds that defendant obtained proceeds of his crimes in the amount of at least $1.5 million and that the sum of $207,706.08 seized from his accounts at Bank of America constitutes a portion of those proceeds.

In the alternative, the Court finds in accordance with 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), that, as a result of acts of the defendant, criminal proceeds in the amount of at least $207,706.08 cannot be located upon the exercise of due diligence, have been

transferred to one or more third parties, and/or have been placed beyond the jurisdiction of the Court.  The sum of $207,706.08 seized from defendant's accounts at Bank of America is other property of the defendant and is preliminarily forfeited to the United States as substitute property for a corresponding portion of the sum of $1.5 million in criminal proceeds, subject to adjudication of any third party interests.  Following final forfeiture of the $207,706.08, the defendant shall receive a credit for that amount against the $1.5 million forfeiture money judgment.

**It is therefore ORDERED** that the following property is forfeited to the United States: **the sum of $1.5 million in criminal proceeds**, in the form of a money judgment against the defendant for this amount.

It is further ORDERED that the following specific property is forfeited to the United States:  **the sum of $207,706.08** seized on or about December 17, 2012, from Bank of America accounts number xxxxxxxx8797 and xxxxxxxx7166.

Signed: April 22, 2013

_____
Robert J. Conrad, Jr.
Chief United States District Judge