UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:13cr79-RJC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | FINAL ORDER AND JUDGMENT |
| v. ) | CONFIRMING FORFEITURE |
| ) | |
| PHANI RAJU BHIMA RAJU, ) | |
| ) | |
| Defendant. ) | |

On April 22, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32(d)(2), based upon the Defendant's plea of guilty to Counts One through Five in the Bill of Indictment and evidence already on record. (Doc. No. 9). On October 25, 2013, this Court entered a Second Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b) and (e)(1). (Doc. No. 13).

The United States published via www.forfeiture.gov, notice of these forfeitures and of the intent of the government to dispose of the forfeited property according to law, and further notifying all third parties of their right to petition the Court within sixty days from the first date of publication for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed. Based on the record in this case, including the defendant's plea of guilty, the Court finds, in accordance with Rule 32.2(c)(2), that the Defendant had an interest in the property that is forfeitable under the applicable statute.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, has

therefore been forfeited to the United States for disposition according to law:

**The sum of $1.5 million in criminal proceeds, in the form of a money judgment against the defendant for this amount, with the defendant to receive credit for the following specific assets against the amount of this money judgment;**

**Approximately $205,379.28 in Funds from Bank of America Account ending in 8791;**

**Approximately $2,326.80 in Funds from Bank of America Account ending in 7166; and**

**The sum of approximately $2,238.37 in United States funds held by the firm of Alan Gordon Immigration and Naturalization Law.**

_____
Robert J. Conrad, Jr.
United States District Judge